UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JAMES ANDREW HAMPTON, SR., )
J.H., *a minor* and S.H., *a minor*, )
        Plaintiffs, )
         )
v. ) **JUDGMENT**
         ) No. 4:12-CV-72-F
         )
DARRELL CAYTON, MICHAEL PAUL, )
S.C. HARDISON, TONYA C. LEGGETT )
SUSAN DAVENPORT, NANCY )
CONNER, TIM MANNING, CRAIG )
FREEMAN, PAMELA M. HARDISON, )
TRISTAN-LAURENT D. WARD and )
TRAVIS COWAN, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the M&Rs [DE-3; DE-5]. Plaintiffs claims against Defendants Judge Darrell Clayton, Judge Michael Paul, and Magistrate S.C. Hardison are DISMISSED for being barred by judicial immunity, and his claims against Defendants Susan Davenport, Tristan-Laurent D. Ward, Nancy Conner, Pamela M. Hardison, Travis Cowan, Tonya Leggett, Tim Manning, and Craig Freeman are DISMISSED for failure to state a claim, or in the alternative, for failure to prosecute. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on January 6, 2014, and Copies To:**

James Andrew Hampton, Sr. (122 Warren Court, Williamston, NC 27892)

DATE                                                 JULIE A. RICHARDS, CLERK
January 6, 2014                                 /s/ Jacqueline B. Grady
                                                             (By) Jacqueline Grady, Deputy Clerk